So Ordered.

Signed this 29 day of May, 2015.

_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:  SUSAN BOHL                                                    Case No. 10-12049

    f/k/a  SUSAN BOHL FERGUSON                        Chapter 12

        Debtor

_____

SUSAN BOHL f/k/a SUSAN BOHL
FERGUSON

                                                   Adv. No. 14-90012

        Plaintiff
  v.

JAMES D. OREFICE

        Defendant
_____

ORDER ON MOTION FOR SUMMARY JUDGMENT

1

Upon the motion for summary judgment filed by Francis J. Roche on behalf of adversary defendant James D. Orefice seeking dismissal of the adversary complaint against him and adjudging him entitled to $301,274.56 on his mortgage with the Debtor, and

UPON the papers in opposition filed by William W. Frame on behalf of the Debtor, and

UPON the hearing held on April 16, 2015, and after the Court's independent review of the motion and opposition thereto, and for the reasons stated by the Court at said hearing, it is hereby

ORDERED that the motion is granted to the extent that the adversary complaint be and hereby is dismissed in its entirety and adversary defendant James D. Orefice be and hereby is declared entitled to $289,000.00, and it is further

ORDERED that the Trustee make distribution of said $289,000.00 to adversary defendant James D. Orefice forthwith, and it is further

ORDERED that the claims of adversary James D. Orefice for interest and attorney's fees be and hereby are held in abeyance pending a separate application for same.

# # #